**Order entered August 3, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00456-CV

### VILLAGE CRESTMONT HOUSTON USA, L.L.C., ET AL., Appellants

### V.

### JOSE J. GAITAN, INDIVIDUALLY AND D/B/A
### EC & J REMODELING & PAINTING, Appellee

### On Appeal from the 191st Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-14-08108

## ORDER

In an order dated July 30, 2015, we ordered Melba Wright, Official Court Reporter for the 191st Judicial District Court, to file, within ten days, either the reporter's record or written verification that appellants have not requested, paid for, or made arrangements to pay for the record. We notified appellants that if we received verification that they have not requested, paid for, or made arrangements to pay for the reporter's record, we would order the appeal submitted without the reporter's record.

On July 31, 2015, Ms. Wright filed a letter stating that appellants have not requested the reporter's record. Accordingly, we **ORDER** the appeal submitted without the reporter's record. *See* TEX. R. APP. P. 37.3(c).

Appellants' brief is due **THIRTY DAYS** from the date of this order.

/s/ CAROLYN WRIGHT
CHIEF JUSTICE